USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Documented NY,

              Plaintiff,              20-cv-1946 (AJN)

     -v-                               ORDER

United States Department of State, *et al.*,

              Defendants.

---

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. **By July 6, 2020 at 6 p.m.**, the parties shall submit a joint letter indicating whether they can do without a conference altogether. If so, the Court may enter their case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: June 30, 2020
       New York, New York

                                                   ALISON J. NATHAN
                                                 United States District Judge