USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Documented NY,

        Plaintiff,

–v–

United States Department of State, *et al.*,

        Defendants.

20-cv-1946 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the COVID-19 public health crisis, the Court will hold the initial pre-trial conference by telephone, at 3:30 p.m. on July 10, 2020. At start of the conference, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 9196964, followed by the pound (#) key. Counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: July 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge