USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Documented NY,

                Plaintiff,

–v–

United States Department of State, *et al.*,

                Defendants.

20-cv-1946 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Due to the unavailability of the Court, the initial pre-trial conference currently scheduled for today is hereby adjourned *sine die*. Instead, the parties should submit briefing on the processing order issue. Plaintiff's submission should be filed on or before July 16, 2020. Defendant's submission is due on or before July 22, 2020. Plaintiff may file a reply on or before July 24, 2020.

      SO ORDERED.

Dated: July 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1