UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DOCUMENTED NY,

               *Plaintiff*,

               v.               Civil Action No. 20-cv-1946 (AJN)

UNITED STATES DEPARTMENT OF STATE,
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
OFFICE OF MANAGEMENT AND BUDGET,

               *Defendants*.
---------------------------------------------------------------X

**DECLARATION OF GHITA SCHWARZ IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED RELEASE OF RESPONSIVE DOCUMENTS**

I, Ghita Schwarz, hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney at the Center for Constitutional Rights ("CCR"), co-counsel for Plaintiff Documented NY in this litigation. I am admitted to practice in this Court. I make this Declaration in Support of Plaintiff's Memorandum of Law in Support of its Motion for Expedited Release of Responsive Documents.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Defendant Department of State's February 24, 2020 decision denying Plaintiff's expedited processing appeal.

Date:       July 16, 2020

           New York, NY

Respectfully submitted,


*/s/ Ghita Schwarz*
Ghita Schwarz, Esq.
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6445
Fax: (212) 614-6445
gschwarz@ccrjustice.org