UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

Documented NY,

           Plaintiff,

  –v–

United States Department of State, *et al.*,

           Defendants.

20-cv-1946 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendants shall file a response to Plaintiff's second letter motion to expedite (Dkt. No. 28) by September 23, 2020.  Plaintiff may file a reply by September 25, 2020.

    SO ORDERED.

Dated: September 18, 2020
       New York, New York

                                                  ALISON J. NATHAN
                                           United States District Judge