UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Undocumented NY,

               Plaintiff,

–v–

United States Department of State et al.,

               Defendants.

20-cv-1946 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/21

ALISON J. NATHAN, District Judge:

    On September 11, 2020, the Government filed a status update that stated its capability to process and produce records in response to Plaintiff's FOIA request was limited, in part, by the COVID-19 pandemic. Dkt. No. 27. Plaintiff filed on September 17, 2020, a motion to expedite the Government's production. Dkt. No. 28. The Government's response to that motion filed September 23, 2020, again indicated that its capabilities were limited by the pandemic. Dkt. No. 30.

    The Government shall file by September 3, 2021, a status update to indicate whether its production capabilities have since changed. Plaintiff shall file a response, if any, by September 7, 2021.

SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge